IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEROME JONES                                                              PLAINTIFF

v.                                          4:07CV00986HLJ

DOC HOLLADAY, et al.                                                     DEFENDANTS

<u>JUDGMENT</u>

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be,  and it is hereby, DISMISSED with prejudice.  The relief

sought is denied.

IT IS SO ADJUDGED this 24th day of July,  2008.


_____
United States Magistrate Judge